IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL SCHAFFLING | : | CIVIL ACTION |
| V. | : | |
| DANIEL MCPHILLIPS et al. | : | NO. 22-2968 |

ORDER

AND NOW, this 13th day of June 2023, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendants Daniel McPhillips, the Bucks County Office of Recorder of Deeds, and the County of Bucks for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure (Doc. # 23) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                    J.