IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL SCHAFFLING | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| DANIEL MCPHILLIPS et al. | : | NO. 22-2968 |

<u>ORDER</u>

AND NOW, this 14th day of June 2023, it is hereby ORDERED that the above-captioned case is referred to Magistrate Judge Elizabeth T. Hey for a settlement conference to be scheduled in July 2023, if possible. The case is in the August trial pool.

BY THE COURT:

/s/ Harvey Bartle III